397

UNIVERSITY OF CHICAGO—CENTER FOR CONTINUING EDU-
CATION, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER,
Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 74-CC-550—Claimant

AMLINGS FLOWERLAND, Claimant, *vs.* STATE OF ILLINOIS,
DEPARTMENT OF TRANSPORTATION, Respondent.

*Opinion filed May 13, 1974.*

AMLINGS FLOWERLAND, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER,
Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 74-CC-566—Claimant

I.K.T. SERVICE, INC., Claimant, *vs.* STATE OF ILLINOIS,
DEPARTMENT OF CORRECTIONS, Respondent.

*Opinion filed May 13, 1974.*

I.K.T. SERVICE, INC., Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER,
Assistant Attorney General, for Respondent.

PER CURIAM.